IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN J. DOERR, ) | CASE NO. 8:07CV449 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| Michael J. Astrue, Commissioner, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on its own motion.

On April 4, 2008, the Court allowed the Plaintiff, Stephen J. Doerr, until April 18, 2008, to effect service on the defendant and file proof of such service, or show cause why this case should not be dismissed (Filing No. 6). As no proof of service has been filed nor other showing made within the required time, this case will be dismissed without prejudice.

IT IS ORDERED that this case is dismissed without prejudice.

DATED this 28th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge